

RECEIVED
IN MONROE, LA.
APR 1 8 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| B.M.H., through his father, MICHAEL T. HALE | * | CIVIL ACTION NO. 10-1533 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that plaintiff's Petition for Attorney Fees [doc. # 16] is hereby GRANTED, and that the Commissioner shall remit to plaintiff's counsel a check made payable to plaintiff B.M.H. through his father, Michael T. Hale, for attorneys' fees in the amount of $5,835.00 (38.9 hours at $150.00 per hour) plus costs and expenses totaling $486.53

THUS DONE AND SIGNED this 18th day of April 2012, Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE